UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 08-79 |
| JIMIYU VERNON | SECTION: I |

## CERTIFICATE OF APPEALABILITY

A motion for a certificate of appealability ("COA") has been filed in the above-captioned case from a final order in a proceeding pursuant to 28 U.S.C. § 2255 (2006).[1] Considering the motion, the record, the requirements of Federal Rule of Appellate Procedure 22(b)[2] and 28 U.S.C. § 2253(c)(1),[3] and for the following reasons, a COA **SHALL NOT BE ISSUED**.

A COA will be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Miller-El v. Cockrell*, 537 U.S. 322, 330, 123 S. Ct. 1029, 1036, 154 L. Ed. 2d 931, 946 (2003); *Foster v. Quarterman*, 466 F.3d 359, 364 (5th Cir. 2006). The applicant makes a substantial showing if it is demonstrated "that jurists of

---

[1] R. Doc. No. 46.

[2] Rule 22 states in pertinent part: "[I]n a 28 U.S.C. § 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)."

[3] Section 2253(c)(1) provides in pertinent part: "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from . . . (B) the final order in a proceeding under section 2255."

reason could debate the propriety of the district court's assessment of his constitutional claims or conclude that his claims 'are adequate to deserve encouragement to proceed further.'" *United States v. Wainwright*, 237 Fed. App'x 913, 914 (5th Cir. 2007) (*quoting Miller-El*, 537 U.S. at 327, 123 S. Ct. at 1034, 154 L. Ed. 2d at 944); *see Foster*, 466 F.3d at 364.

For the reasons expressed in this Court's prior opinion denying petitioner relief,[4] and having found that petitioner has failed to make a substantial showing of the denial of a constitutional right,

**IT IS ORDERED** that a certificate of appealability **SHALL NOT BE ISSUED**.

New Orleans, Louisiana, November 4, 2009.

```
                              LANCE M. AFRICK
                     UNITED STATES DISTRICT JUDGE
```

---

[4] R. Doc. No. 44.